1  Terry Gross (103878)
   Adam C. Belsky (147800)
2  Monique Alonso (127078)
   GROSS & BELSKY LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiff BRIAN BANK
6  and the Proposed Class

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE INTERNATIONAL AIR                )  Master File No. M:06-01793-CRB
    TRANSPORTATION SURCHARGE               )
    ANTITRUST LITIGATION                   )  **MDL No. 1793**
12                                         )
                                           )  [PROPOSED] **ORDER RELATING CASES**
13  ─────────────────────────────          )
    **This document relates to:**          )
14                                         )
            ALL ACTIONS                    )  The Honorable Charles R. Breyer
15                                         )
                                           )
16  ─────────────────────────────          )

[PROPOSED] ORDER RELATING CASES

1

On September 5, 2007, Plaintiff R. Stan Morris filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| *In Re International Air Transportation Surcharge Antitrust Litigation* | Master File No. M06-1793-CRB (MDL No. 1793) |
| *Morris v. Korean Air Lines Co., Ltd., et al.* | Case No. C 07 4576 JSW |

**IT IS SO ORDERED.**

Dated: September 12, 2007

_____
The Honorable Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer