FILED

2008 JAN 31 AM 10: 53

A CERTIFIED TRUE COPY

JAN 14 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2007

FILED
CLERK'S OFFICE

FILED

FEB 05 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST LITIGATION**

MDL No. 1891

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 19, 2007, the Panel transferred 23 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable S. James Otero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Otero.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 19, 2007, and, with the consent of that court, assigned to the Honorable S. James Otero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 14 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 01/31/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1197

**IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST LITIGATION**

MDL No. 1891

**SCHEDULE CTO-1 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 07-4576 | R. Stan Morris v. Korean Air Lines Co., Ltd. CV08-637 SJO (MANx) |
| CAN | 3 | 07-4891 | Tae Ki Hwang, et al. v. Korean Air Lines Co., Ltd., et al. CV08-638 SJO (MANx) |
| CAN | 3 | 07-4977 | Chaejean Ko v. Korean Air Lines Co., Ltd., et al. CV08-639 SJO (MANx) |
| CAN | 3 | 07-5093 | Jason Kim v. Korean Air Lines Co., Ltd., et al. CV08-640 SJO (MANx) |
| CAN | 3 | 07-5142 | Junghee Kay v. Korean Air Lines Co., Ltd., et al. CV08-642 SJO (MANx) |
| CAN | 3 | 07-5143 | Julie Yim, et al. v. Korean Air Lines Co., Ltd., et al. CV08-643 SJO (MANx) |
| CAN | 3 | 07-5171 | Kangsik Kay v. Korean Air Lines Co., Ltd., et al. CV08-644 SJO (MANx) |
| CAN | 3 | 07-5216 | Jo Kyu Chun v. Korean Air Lines Co., Ltd., et al. CV08-645 SJO (MANx) |
| CAN | 3 | 07-5406 | Won B. Kang, et al. v. Korean Air Lines Co., Ltd., et al. CV08-646 SJO (MANx) |
| CAN | 3 | 07-5407 | Christopher James Lee, et al. v. Korean Air Lines Co., Ltd., et al. CV08-647 SJO (MANx) |
| CAN | 3 | 07-5409 | Peter Kim v. Korean Air Lines Co., Ltd., et al. CV08-648 SJO (MANx) |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 07-2129 | John Perry v. Korean Air Lines Co., Ltd., et al. CV08-649 SJO (MANx) |
| MINNESOTA | | | |
| MN | 0 | 07-3906 | Steven Y. Hong, et al. v. Korean Air Lines Co., Ltd, et al. CV08-650 SJO (MANx |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 07-1373 | Ki Won Lee v. Korean Air Lines Co, Ltd., et al. CV08-651 SJO (MANx) |
| WAW | 2 | 07-1382 | Sungshic Park v. Korean Air Lines Co., Ltd. CV08-657 SJO (MANx) |
| WAW | 2 | 07-1450 | Ki Ja Chung, et al. v. Asiana Airlines, Inc., et al. CV08-658 SJO (MANx) |
| WAW | 2 | 07-1478 | Jane Kim v. Korean Air Lines Co., Ltd. CV08-659 SJO (MANx) |
| WAW | 2 | 07-1506 | Edward Yoo v. Korean Air Lines Co., Ltd., et al. CV08-660 SJO (MANx) |
| WAW | 2 | 07-1507 | Eddie Moon v. Korean Air Lines Co., Ltd., et al. CV08-661 SJO (MANx) |
| WAW | 2 | 07-1599 | Edward Cho v. Korean Air Lines Co., Ltd. CV08-662 SJO (MANx) |
| WAW | 2 | 07-1602 | Chang Choo v. Korean Air Lines Co., Ltd. CV08-664 SJO (MANx) |
| WAW | 2 | 07-1643 | Mark Youn v. Korean Air Lines Co., Ltd. CV08-666 SJO (MANx) |
| WAW | 2 | 07-1691 | Gyeong Hyeon Lee, et al. v. Korean Air Lines Co., Ltd. CV08-667 SJO (MANx) |
| WAW | 2 | 07-1799 | Kevin Moon, et al. v. Korean Air Lines Co., Ltd., et al. CV08-668 SJO (MANx) |