Case 3:07-cv-04576-CRB   Document 10   Filed 04/03/2008   Page 1 of 1

FILED
APR 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 12, 2008

U.S. District Court
Central District of California (Western Division)
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: CV 07-04576 CRB   R.STAN MORRIS-v-KOREAN AIR LINES CO.
      **MDL 1891   Your case no. CV 08-637 SJO (MANx)**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY NAYALLIE LONGORIA DEPUTY